## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CUBIC CORPORATION, BRADLEY H. ) <br> FELDMANN, DAVID F. MELCHER, ) <br> PRITH BANERJEE, BRUCE G. ) <br> BLAKLEY, DENISE L. DEVINE, ) <br> MAUREEN BREAKIRON-EVANS, ) <br> CAROLYN FLOWERS, JANICE M. ) <br> HAMBY, and STEVEN J. NORRIS, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:21-cv-00509-LPS <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF'S CORRECTED NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action").  Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  May 6, 2021

**LONG LAW, LLC**

By: */s/Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*